**IT IS ORDERED as set forth below:**



Date: April 23, 2023

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| RMG SPORTS GROUP INC., | : | |
| | : | CASE NO. 23-52472-WLH |
| | : | |
| DEBTOR. | : | |

**ORDER DISMISSING CASE**

On March 15, 2023, the United States Trustee filed a Motion to Dismiss Case ("Motion to Dismiss") [Dkt No. 4]. In the Motion to Dismiss, the United States Trustee asserts that the case of RMG Sports Group Inc. ("Debtor") should be dismissed pursuant to section 1112(b) because the debtor is an artificial entity that cannot proceed in this case without attorney representation.

On April 18, 2023, the only party present at the call of the calendar for the Motion to Dismiss was David Weidenbaum, counsel for the United States Trustee.

The Court, having reviewed the Motion to Dismiss and the record in this case, finds cause to grant the unopposed relief requested by the United States Trustee. Accordingly, it is

**ORDERED** that United States Trustee's Motion to Dismiss Pursuant to Section 1112(b) is hereby **GRANTED**. The case is hereby **DISMISSED**.

END OF DOCUMENT

Prepared and submitted by:
MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
Trial Attorney
United States Department of Justice
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-331-4464
Alan.Hinderleider@usdoj.gov

The Clerk of Court is hereby requested to serve a copy of this order upon the Debtor and all creditors and parties-in-interest in the case.